AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| United States of America<br>v.<br><br>Leon F. Tejada<br>*Defendant* | )<br>)<br>)<br>)<br>)    CR 15 110S |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/18/15

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Joseph J Voccola
*Printed name of defendant's attorney*

_____
*Judge's signature*

Patricia A. Sullivan
*Judge's printed name and title*